# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Yarbrough, Steven C. | United States District Court - New Mexico | 04/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

333 Lomas Blvd. NW, Ste. 670
Albuquerque, NM 87102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Board of Directors | Los Ojos de la Familia (501(c)(3) charity) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 04/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Rock Me Baby Records, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sunwest Bank | Mortgage on rental property: Albuquerque, NM 87113 | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Extended Mkt Index Adm | A | Dividend | L | T | | | | | |
| 2. Vanguard High Divident Yld Idx Inv | A | Dividend | J | T | | | | | |
| 3. Vanguard High Yield Corp Fund Inv | A | Dividend | J | T | | | | | |
| 4. Vanguard Pacific Stock Index Inv | A | Dividend | K | T | | | | | |
| 5. Vanguard Precious Metal and Mining | A | Dividend | J | T | | | | | |
| 6. Vanguard Prime Money Market | B | Int./Div. | M | T | | | | | |
| 7. Vanguard REIT Index Fund | A | Dividend | J | T | | | | | |
| 8. Vang Tot Intl Stock Ix Adm | A | Dividend | K | T | | | | | |
| 9. Vang Total Bond Mkt Indx | A | Dividend | J | T | | | | | |
| 10. Vang 500 Index Fund | B | Dividend | L | T | | | | | |
| 11. Market Vectors Gold Miners ETF | A | Dividend | J | T | | | | | |
| 12. Baycom Corp | B | Distribution | J | T | Sold | 06/09/17 | J | | |
| 13. Caterpillar | A | Dividend | J | T | | | | | |
| 14. Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 15. DXC Technology Company | A | Dividend | J | T | Spinoff (from line 16) | 04/07/17 | J | | |
| 16. HP Enterprises Co. | A | Dividend | J | T | | | | | |
| 17. HP Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Corp | A | Dividend | K | T | | | | | |
| 19. JNJ | A | Dividend | K | T | | | | | |
| 20. MFGP | A | Dividend | J | T | Spinoff (from line 16) | 09/01/17 | J | | |
| 21. PG | A | Dividend | J | T | | | | | |
| 22. SONVF | A | Dividend | J | T | | | | | |
| 23. MMM | A | Dividend | K | T | | | | | |
| 24. Vang GNMA Fund Inv Shares | A | Dividend | J | T | | | | | |
| 25. Vanguard Aggressive Age Based Option: Vanguard Agg Growth Port 529 (3) | A | Dividend | K | T | Buy (add'l) | 09/29/17 | J | | |
| 26. Vanguard Mod Growth 529 (3) | A | Dividend | J | T | Buy (add'l) | 09/29/17 | J | | |
| 27. Vanguard Agg Age Based Option: Vanguard Agg (2) Growth Port 529 (2) | A | Dividend | K | T | Buy (add'l) | 09/29/17 | J | | |
| 28. Vanguard Mod Growth 529 (2) | A | Dividend | J | T | Buy (add'l) | 09/29/17 | J | | |
| 29. The Education Plan 529 - Aggressive Index Portfolio New Mexico (1) | A | Dividend | L | T | | | | | |
| 30. Vang 500 Index Fund (wife) | A | Dividend | K | T | | | | | |
| 31. Vang Develop Mkts Idx Fund (wife) | A | Dividend | J | T | | | | | |
| 32. Vang Emerging Mkt Idx Fund (wife) | A | Dividend | K | T | | | | | |
| 33. Vang European Stock Idx Fund (wife) | A | Dividend | J | T | | | | | |
| 34. Vang Growth and Income Fund Inv (wife) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vang Mid Cap Idx Fund (wife) | A | Dividend | L | T | | | | | |
| 36. Vang Prime Money Mkt Fund (wife) | A | Int./Div. | J | T | | | | | |
| 37. Vang Small Cap Growth Idx Fund (wife) | A | Dividend | K | T | | | | | |
| 38. Vang Total Int'l Stock Idx Fund (wife) | A | Dividend | K | T | | | | | |
| 39. Vang Windsor II Fund Inv (wife) | A | Dividend | K | T | | | | | |
| 40. GOOG (wife) | A | Dividend | J | T | | | | | |
| 41. GOOGL (wife) | A | Dividend | J | T | | | | | |
| 42. DIS (wife) | A | Dividend | J | T | | | | | |
| 43. Vang Balanced Index F Trad IRA (wife) | A | Dividend | J | T | | | | | |
| 44. Vang Life Strategy Growth Trad IRA (wife) | A | Dividend | J | T | | | | | |
| 45. Vang Mid-Cap Growth Trad IRA (wife) | A | Dividend | J | T | | | | | |
| 46. Vang Tot Stock Mkt Index Trad IRA (wife) | A | Dividend | J | T | | | | | |
| 47. Vang Life Strategy Conserv Growth Rollover IRA (wife) | A | Dividend | J | T | | | | | |
| 48. Vang Long Term Bond Idx Fund Rollover IRA (wife) | A | Dividend | J | T | | | | | |
| 49. Vang Long Term Invest-GR Inv (wife) | A | Dividend | J | T | | | | | |
| 50. Vang Precious Metals and Mining Fund Rollover IRA (wife) | A | Dividend | J | T | | | | | |
| 51. Vang Star Fund Rollover IRA (wife) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vang strat equity fund Rollover IRA (wife) | A | Dividend | J | T | | | | | |
| 53. Vang wellesley inc fund inv rollover ira (wife) | A | Dividend | K | T | | | | | |
| 54. vang european stock idx fund inv roth ira (wife) | A | Dividend | J | T | | | | | |
| 55. vang total int'l stock idx fund roth ira (wife) | A | Dividend | J | T | | | | | |
| 56. vang strategic equity fund roth ira (wife) | A | Dividend | J | T | | | | | |
| 57. vang star fund simple ira (wife) | A | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 58. vang total int'l stock idx fund simle ira (wife) | A | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 59. vang prime money market fund utma account (1) | A | Dividend | J | T | Buy (add'l) | 01/30/17 | J | | |
| 60. BAC (1) | A | Dividend | J | T | | | | | |
| 61. F (1) | A | Dividend | J | T | | | | | |
| 62. GE (1) | A | Dividend | J | T | | | | | |
| 63. DIS (1) | A | Dividend | J | T | | | | | |
| 64. GOOGL(1) | | None | J | T | | | | | |
| 65. WIN(1) | A | Dividend | J | T | | | | | |
| 66. Vang Aggressive Growth Port 529 (1) | A | Dividend | K | T | Buy (add'l) | 12/27/17 | J | | |
| 67. Vang prime money market utma (3) | A | Int./Div. | J | T | | | | | |
| 68. DIS (3) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. vang prime money mkt utma (2) | A | Int./Div. | J | T | | | | | |
| 70. DIS (2) | A | Dividend | J | T | | | | | |
| 71. OCB Venture II LLC (real estate purchase and sell) | | None | K | U | | | | | |
| 72. Rental Property #1 - Taos, NM | D | Rent | N | W | | | | | |
| 73. Rental Property # 2 - Albuquerque NM | D | Rent | M | W | | | | | |
| 74. Undev Real Prop in brother's name and Sundollar Inv - rio rancho NM | | None | J | W | | | | | |
| 75. Loan to 505 Ventures LLC | C | Interest | L | T | | | | | |
| 76. Rock Me Baby Records | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IIIB: My wife owns Rock Me Baby Records, Inc., an S-corporation. She draws income as an employee, the amount of which I did not list, pursuant to instructions on page 17 ("If spouse is self-employed in business or a profession, only the nature of such business or profession and the words 'self-employed' should be reported . . .." In reporting year 2014, I listed the company as an investment in Part VII becasue the company has value and my wife owns the company. After filing my 2014 reporting year report, I received a letter from the Judicial Conference of the United States Committee on Financial Disclosure stating, "In the future, your wife's salary from "Rock Me Baby Records, Inc." should be reported in III.B as non-investment income instead of Parts VII or VIII . . .." Nonetheless, because, aside from any income my wife earns, her company constitutes an asset, I continued to list this company as an asset in Part VII. Further, pursuant to the above quoted instructions from page 17, I did not include her salary in spite of the above quoted langauge from the letter the Committee on Financial Disclosure sent me. My assumption is that the Committee did not realize that my wife is the sole proprietor of her business, as described on page 17 of the instructions.

Part VII, item 12: I listed Baycom as a "Sold" because this appeared to be the best option given the following circumstances. Baycom purchased a company in which I owned stock. In previous reports, however, I mistakenly failed to list this stock. As a result, I am providing a history of my ownership in what is now Baycom stock. I became the executor of my grandfather's estate when he died in 2008. At the time of his death, he owned small amount of stock in Union Financial Corporation. This stock could not be sold because it was not being traded on any market. In 2014, First ULB purchased Union Financial Corporation and, as a result, all Union Financial stock was transferred into First ULB stock. The Union Financial stock that was still part of my grandfather's estate converted into 92 shartes of First ULB stock valued at $18.42 per share which means the total value of the stock in May 2014 was $1,696.87. Like Union Financial Corporation stock, First ULB stock was not easily traded. Because my grandfather's heirs wanted to close the estate, I agreed to take ownership of the stock and pay the heirs their portion of the $1,696.87 value of the stock. Although I do not have any record of the value of this First ULB stock in 2015 or 2016, the value on December 30, 2016 was $2,369. In 2017, First ULB was part of a merger in which several companies merged to form BayCom Corp. When my First ULB stock converted to BayCom Corp. stock on June 9, 2017, I recived 89 shares of BayCom Corp. stock and $1,249.34. On December 31, 2017, the 89 shares of stock were valued at $1,731.05.

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 04/06/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven C. Yarbrough**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544